AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/11
```

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 02 Cr. 583 |
| Wilfredo Morales ) | USM No: 51934-054 |
| Date of Previous Judgment: 7/12/06 ) | Lawrence D. Gerzog |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **276** months **is reduced to** **233**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: **38**            Amended Offense Level: **36**
Criminal History Category: **II**         Criminal History Category: **II**
Previous Guideline Range: **322** to **382** months   Amended Guideline Range: **270** to **322** months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated **7/12/06** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 19, 2011

Judge's signature

Effective Date: _____
(if different from order date)

William H. Pauley III, U.S.D.J.
Printed name and title