USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4-27-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,　　　　　　:

　　　　-against-　　　　　　　　　　　　　:　　02 Cr. 583 (WHP)

WILFREDO MORALES,　　　　　　　　　　:　　ORDER
　　　　　　　　　Defendant.　　　　　　　:
----------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

　　　　This Court received Defendant Wilfredo Morales' Motion Seeking Leave to Obtain and Redisclose Sealed Documents dated March 24, 2015. The following schedule is established:

　　　　1. The Government's response shall be submitted on May 15, 2015.

　　　　2. The Defendant's reply shall be submitted on May 29, 2015.

Dated: New York, New York
　　　　April 27, 2015

　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　WILLIAM H. PAULEY III
　　　　　　　　　　　　　　　U.S.D.J.

*Counsel of record:*
Laurie Ann Korenbaum, Esq.
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007
*Counsel for Government*

Amishi D Desai
Davis Polk & Wardwell L.L.P.
450 Lexington Avenue
New York, NY 10017
*Counsel for Defendant*